ROBERT H. VANDERBILT, Appellant, v. HENRIETTA VANDERBILT, Respondent. (Action No. 1.) HENRIETTA VANDERBILT, Respondent, v. VANBRO CONSTRUCTION CORPORATION et al., Appellants. (Action No. 2.)

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.